FILED

09 SEP -1 AM 9:56

CLERK, US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 09 80109 MISC 

IN THE MATTER OF

Harry Tom Miller - #104709

_____/

**ORDER TO SHOW CAUSE**

It appearing that Harry Tom Miller has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Harry Tom Miller
Attorney at Law
1000 Sutter Street, #516
San Francisco, CA 94109